UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE BOUDREAUX   . | * | CIVIL ACTION NO.  02-CV-73 |
| VERSUS | * | MDL NO. 02-20133 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant, SmithKline Beecham Corporation (hereinafter sometimes referred to as  SmithKline  ), upon representing to the Court that  SmithKline desires to substitute Charles M. Steen with the law firm of Steen, McShane & Williamson, L.L.C., in place of Stephanie G. McShane, as counsel of record for SmithKline Beecham Corporation.

WHEREFORE, SmithKline Beecham Corporation respectfully prays that the Court enter an Order substituting Charles M. Steen with the law firm of Steen, McShane & Williamson, L.L.C., in place of Stephanie G. McShane as counsel of record for SmithKline Beecham Corporation.

Respectfully submitted,

STEEN, McSHANE & WILLIAMSON, L.L.C.

_____
CHARLES M. STEEN, T.A. (#12420)
MARIE RUDD POSEY (#22534)
1250 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440

COUNSEL FOR SMITHKLINE
BEECHAM CORPORATION

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of _____, 200\_\_, served a copy of the foregoing pleading, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, or by hand delivery on counsel for all parties or by facsimile upon counsel for all parties.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE BOUDREAUX   . | * | CIVIL ACTION NO.  02-CV-73 |
| VERSUS | * | MDL NO. 02-20133 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel;

IT IS HEREBY ORDERED that Charles M. Steen with the law firm of Steen, McShane & Williamson, L.L.C., be, and is hereby, enrolled as counsel of record for SmithKline Beecham Corporation, and Stephanie G. McShane is deleted as counsel of record for SmithKline Beecham Corporation,

PHILADELPHIA, PENNSYVANIA this ____ day of _____, 2002.

_____

J U D G E